UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KEVIN PIERRE | CIVIL ACTION NO. 20-01079 |
| VERSUS | JUDGE JUNEAU |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner be AFFIRMED and that this matter be DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 31st day of January, 2022.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE